# United States District Court

### District of Maryland

RECEIVED 06-498-M-01

U.S. MARSHAL
BALTIMORE, MD

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

2006 JUN -3 A 10: 18

GLENN E. BROWN

Case No. 03-3001M

**FILED**

TO:  The United States Marshal and any
Authorized United States Officer

DEC 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY COMMANDED to arrest GLENN E. BROWN and bring him/her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   ☐ Complaint   ☒ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him/her with *(brief description of offense)*:

Failing to report as directed to the FCI Cumberland on May 17, 2005.

in violation of Title United States Code, Section(s)

FELICIA C. CANNON
Name of Issuing Officer

Clerk, United States District Court
Title of Issuing Officer

Michele Sierra-Davis
(By) Deputy Clerk

May 20, 2005     Greenbelt, MD
Date and Location

Bail fixed at $ No recommendation

by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 12/6/06 | B Baldie | |
| Date of Arrest | | |
| 12/6/06 | SDUSM | |

U.S DISTRICT COURT (Rev 12/98)



U. S. Department of Justice

United States Marshals Service

District of Md 06 - 498 - M - 01

Greenbelt, MD 20770

April 28, 2005

**FILED**

DEC 0 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Mr. Glenn Brown

Register No. #
Case No. #03-3001M

Dear Mr. Brown:

You were granted authority to travel at your own expense to the institution listed below at the date and time stated:

| | |
|---|---|
| Reporting Time: | NO LATER THAN 12:00 noon |
| Reporting Date: | May 17, 2005 |
| Reporting To: | FCI Cumberland |
| | 14601 Burbridge Road, S.E. |
| | Cumberland, MD 21502-8771 |
| | (301-784-1000 |

This letter serves as your official notification to report as directed. All officials documents pertaining to your sentence have been forwarded directly to the institution concerned.

Sincerely,

for  Johnny L. Hughes
United States Marshal

Steve Akers
Supervisory Deputy U.S. Marshal